UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------- :
JOSE LUIS RODRIGUEZ               :
Petitioner                                    :          No. 3:12cv42(SRU)
                                                   :
v.                                              :
                                                   :
UNITED STATES OF AMERICA  :          April 9, 2012
Respondent                                :
---------------------------------------------- :

**PETITIONER'S RESPONSE TO
ORDER TO SHOW CAUSE**

On March 9, 2012 this court issued its Order to Show Cause inquiring into the timeliness of the Motion to Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (2255 Petition) filed by Petitioner. Page two of the order contains a recitation of the procedural history relevant to the timeliness of the filing of the 2255 Petition. It concludes by noting the issuance by the United States Court of Appeals for the Second Circuit of its mandate on September 3, 2010.

On November 18, 2010, however, Petitioner filed a petition for certiorari with the United States Supreme Court. "For purposes of collateral review under § 2255, a judgment becomes final 'if a prisoner petitions for certiorari, ... when the Supreme Court either denies the writ or issues a decision on the merits.' United States v. Knight, 498 F.Supp.2d 323, 325 (D.D.C.2007) (citing United States v. Hicks,283 F.3d 380, 387 (D.C.Cir.2002))."

The Supreme Court issued its Order denying the Petition in the subject case on January 10, 2011. Petitioner's filing, therefore, of his 2255 Petition on January 9, 2012 was timely.

Petitioner respectfully submits therefore, that he has shown cause as to why his 2255 Petition should not be dismissed as untimely.

Respectfully submitted,
DEFENDANT JOSE LUIS RODRIGUEZ

/s/ Robert J. Sullivan, Jr.
By_____
Robert J. Sullivan, Jr.
LAW OFFICES OF ROBERT SULLIVAN
190 Main Street
Westport, Connecticut 06880
Tel. No. 203/227-1404
Federal Bar No. CT08969
E-mail: RSullivan@Sullivanfirm.net;
DLoConte@Sullivanfirm.net

-2-

## CERTIFICATE OF SERVICE

    I hereby certify that on April 9, 2012, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                                      /s/ Robert J. Sullivan, Jr.
                                                      Robert J. Sullivan, Jr.

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837  Federal Bar No. CT08969