UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE LUIS RODRIGUEZ,<br>    Petitioner,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | No. 3:12cv42 (SRU) |

ORDER TO SHOW CAUSE

On January 9, 2012, petitioner Jose Luis Rodriguez ("Rodriquez") filed a motion pursuant to 28 U.S.C. § 2255 seeking to vacate, set aside, or correct his conviction for conspiracy to possess with intent to distribute, and to distribute, five kilograms or more of cocaine and 50 grams or more of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846, as well as his sentence of ten years' imprisonment (doc. # 1).  In his motion, Rodriguez asserts the following as the sole basis for relief:  "Counsel for Petitioner is informed that a witness has come forward who will provide testimony which is exculpatory to Petitioner and will demonstrate Petitioner's actual innocence.  Petitioner, in accordance with 28 U.S.C. § 2255, alleges that he is entitled to be released on grounds, inter alia, that his sentence and conviction were the result of violation of the Constitution and/or laws of the United States, and/or that his sentence and conviction are otherwise subject to collateral attack." *Id.* at 1-2.  However, Rodriguez provided no information about the nature of the testimony he intends to proffer, nor did he include affidavits or exhibits detailing how this new evidence affects his case.  Without this information, the court is unable to assess his claim.

Therefore, it is hereby ORDERED that Rodriguez shall show cause on or before November 23, 2012, why the Motion to Set Aside or Correct Sentence should not be denied.  Rodriguez may include affidavits and any other documentary evidence that supports his claim.

- 2 -

Dated at Bridgeport, Connecticut, this 22nd day of October 2012.

                                                /s/ Stefan R. Underhill
                                             Stefan R. Underhill
                                             United States District Judge